

United States District Court
Eastern District of California

| Marisela Medina | | Case Number: | 1:24-cv-01475-SKO |

Plaintiff(s)

V.

Pfizer, Inc., et al                                  APPLICATION FOR PRO HAC VICE
                                                     AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christopher L. Cornelius hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Marisela Medina

On  11/17/2022  (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/23/2024            Signature of Applicant: /s/ Christopher L. Cornelius

**Pro Hac Vice Attorney**

Applicant's Name: Christopher L. Cornelius
Law Firm Name: Lynch Carpenter, LLP
Address: 111 W. Washington Street, Suite 1240

City: Chicago   State: IL   Zip: 60602
Phone Number w/Area Code: (312) 750-1265
City and State of Residence: Evanston, IL
Primary E-mail Address: chris@lcllp.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: (Eddie) Jae K. Kim
Law Firm Name: Lynch Carpenter, LLP
Address: 117 E. Colorado Blvd, Suite 600

City: Pasadena   State: CA   Zip: 91105
Phone Number w/Area Code: (213) 723-0707   Bar #: 236805

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 26, 2024

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT