1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MARISELA MEDINA,                          Case No.  1:24-cv-01475-BAM

12              Plaintiff,                     **ORDER GRANTING JOINT
                                              STIPULATION TO STAY ACTION**
13          v.
                                              (Doc. 13)
14  PFIZER INC., et al.,

15              Defendants.

16

17          Currently before the Court is the joint stipulation of Plaintiff Marisela Medina and

18  Defendants Pfizer Inc., Pharmacia & Upjohn Company LLC, and Pharmacia LLC  to stay all

19  deadlines and activities in this case.  (Doc. 13.)

20          In the joint stipulation, the parties indicate that they are aware of at least 47 other actions

21  pending in 15 United States District Courts in which the plaintiff is alleging personal injuries

22  relating to the use of Depo-Provera ("Depo-Provera cases").  (Doc. 13.)  On November 26, 2024,

23  plaintiffs in several of the Depo-Provera cases petitioned the Judicial Panel on Multidistrict

24  Litigation ("JPML") to centralize this and other Depo-Provera cases into a Multidistrict Litigation

25  ("MDL").  The JPML has set that petition for hearing on January 30, 2025, and is expected

26  decide the petition in early February 2025.  (*Id.* at 2.)  In light of the petition, the parties request

27  to stay this action through at least February 15, 2025, pending a determination by the JPML.  The

28  parties agree that if the JPML has not ruled on the petition by February 15, 2025, then they will

file a joint status update with this Court regarding the status of the petition and whether an extension of the stay is needed.  (*Id.*)  The parties further agree that if the JPML has denied the petition to centralize this and other actions, then Defendants shall have through and until 21 days after the JPML rules on the petition to respond to the Complaint.  (*Id.* at 3.)

Having considered the joint stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The joint stipulation to stay action (Doc. 13) is GRANTED.

2. This action is STAYED through February 15, 2025, or until the JPML decides the petition, whichever is sooner.

3. The parties shall file a joint status update on February 15, 2025, if the action is not transferred to an MDL proceeding.  If the petition is denied, Defendants shall have twenty-one (21) days after the JPML rules on the petition to respond to the Complaint.

IT IS SO ORDERED.

Dated:   __**January 3, 2025**__             _____/s/ Barbara A. McAuliffe_____
                                        UNITED STATES MAGISTRATE JUDGE